UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER |
| VS. | : | |
| MARTIN ARIAS-MORALES | : | CR. NO. 08-175-01(FLW) |
| Defendant | : | |
| | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 19th day of March, 2009

ORDERED that Richard Coughlin, Federal Public Defender (Brian Reilly, AFPD) for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender