UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 09-175 (FLW)

        v. : Hon. Freda L. Wolfson

MARTIN ARIAS-MORALES, :
a/k/a "Martin Arias Morales," :
a/k/a "Francisco Morales," :
a/k/a "Martin Morales-Arias," : <u>DETENTION ORDER</u>
a/k/a "Anthony Perez," :
a/k/a "Antonio Perez-Perea," :
a/k "Francisco Morales-Camacho," :
a/k/a "Tony Perez," :
a/k/a "Francisco Camacho" :

       This matter having come before the Court on March 19, 2009, upon the motion of the United States, by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Jennifer Davenport, Assistant United States Attorney, appearing), in the presence of Brian Reilly, Esq., attorney for defendant MARTIN ARIAS-MORALES for an order pursuant to Title 18, United States Code, Section 3142(e) detaining defendant MARTIN ARIAS-MORALES without bail pending trial in the above-entitled matter, based on risk of flight and danger to the community; and the Court having heard the arguments of the respective parties, and for good cause shown, the Court makes the following findings:

       1. On or about March 12, 2009, the defendant MARTIN ARIAS-MORALES was charged by indictment with two counts of knowingly and voluntarily entering the United States after his deportation from the United States and after being convicted of an aggravated felony, all in violation of Title 8, United States

Code, Sections 1326(a) and 1326(b)(2). The offenses charged carry a maximum penalty of 20 years imprisonment or a fine of not more than $250,000, or both;

    2. Having considered the factors set forth in Title 18, United States Code, Section 3142(g), the Court finds, by clear and convincing evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant or the safety of any other person and the community.

IT IS, therefore, on this 19th day of March, 2009;

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant MARTIN ARIAS-MORALES be committed to the custody of the Attorney General or his authorized representative pending trial.

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant MARTIN ARIAS-MORALES be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant MARTIN ARIAS-MORALES be afforded reasonable opportunity for private consultations with counsel.

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on

request of an attorney for the United States, defendant MARTIN ARIAS-MORALES shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

IT IS FURTHER ORDERED that the motion of the United States for an order detaining defendant MARTIN ARIAS-MORALES without bail pending trial is hereby granted, and defendant MARTIN ARIAS-MORALES is hereby ordered detained pending trial in the above-entitled matter.

_____
HON. FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE