UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson, U.S.D.J. |
| v. | : | Criminal No. 09-175 |
| MARTIN ARIAS-MORALES | : | **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Jennifer Davenport, Assistant U.S. Attorney) and defendant Martin Arias-Morales, Esquire (Brian Reilly, Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render a trial of this matter unnecessary;

(2) The grant of a continuance will likely conserve judicial resources; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a

speedy trial.

WHEREFORE, IT IS on this 18th day of June 2009,

ORDERED that this action be, and it hereby is, continued from June 22, 2009 through August 17, 2009; and it is further

ORDERED that the period from June 22, 2009 through August 17, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HONORABLE FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

Acknowledged by:

Jennifer Davenport
Assistant U.S. Attorney

Brian Reilly, AFPD
Counsel for defendant Martin Arias-Morales